# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Ruben Reyna<br>DOB: ▮<br><br>*Defendant(s)* | Case: 1:23-mj-247<br>Assigned To: Magistrate Judge Zia Faruqui<br>Date: 9/7/2023<br>Description: Complaint with Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Knowingly, and with Intent to Impede or Disrupt the Orderly Conduct of Government Business,

40 U.S.C. § 5104(e)(2)(D) - Utter Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct,

40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in Any of the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___08/28/2023___

_____
*Judge's signature*

City and state: ___Washington, D.C.___   ___Zia M. Faruqui, U.S. Magistrate Judge___
*Printed name and title*